UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN BORDAS
    Plaintiff,

V.                                                      Civil Action No. 08-00339 (JDB)

DEPARTMENT OF JUSTICE
d/b/a/ DRUG ENFORCEMENT ADMINISTRATION.

## ANSWER

The defendant respectfully submits this answer to the plaintiff's complaint.

### First Defense

Plaintiff has not submitted the fee required for additional searches.

### Second Defense

Defendant denies each and every allegation of the complaint unless specifically admitted herein. Defendant further responds to the allegations of the unnumbered paragraphs of the complaint, using plaintiff's internal headings, as follows:

Paragraph 1: contains plaintiff's allegation of jurisdiction and is a conclusion of law to which no answer is required.

## STATEMENT OF CLAIMS

Paragraph 2: Defendant avers that by letters dated August 10, 2006, October 24, 2006 and November 16, 2006, the plaintiff requested information from DEA; by letter dated October 31, 2006, DEA assigned the plaintiff's requests DEA FOIA Request Number 06-1455-P; by letter dated June 13, 2007, DEA released portions of 17 pages to the plaintiff and withheld 23 pages in their entirety. Plaintiff submitted an appeal by undated letter received on August 9, 2007, by the Department of Justice, Office of Information (OIP).

Paragraph 3: Defendant avers that by letter December 7, 2007, OIP affirmed DEA's withholding of information from the plaintiff.

**MEMORANDUM OF LAW IN SUPPORT**

Paragraphs 4 -8: contain argument and conclusions of law, to which no responses are required, to the extent responses are deemed to be required, deny.

Paragraph 9: is the plaintiff's prayer for relief, to which no response is required.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of May, 2008, a copy of the foregoing Answer was mailed, postage prepaid to plaintiff pro se

JUAN BORDAS
R 50700-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177

 

Rhonda C. Fields
Assistant United States Attorney