**RECEIVED**

**MAY 2 7 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN BORDAS
    Plaintiff,

vs.                                Civil Action.No.08-00339(JDB)

DEPARTMENT OF JUSTICE
d/b/a DRUG ENFORCEMENT ADMINISTRATION.
    Defendants.
_____/

### MOTION BY PLAINTIFF IN REQUEST TO OBTAIN REQUESTED DOCUMENTS UNDER FOIA FROM DEFENDANTS PURSUANT TO FORMA PAUPERIS

To The Honorable Court:

    Plaintiff Bordas, have received Defendants response court docket entry # 9. filed on 04/3-/2008, whereas defendant's have outlined and claim the requested information and documents plaintiff request for exist and cost $896.00 to produce.

    Plaintiff is indigent and further humbly seek for the honorable court permit for plaintiff obtain from defendants the requested documents under forma pauperis as same the court have permitted plaintiff to proceed in the above caption case under forma pauperis. Find attach reference requested information plaintiff, provided by defendants.

Respectfully this day 20 of May 2008

*/s/ Bordas*

Juan Bordas-Plaintiff,Claimant.
Reg.#50700--004
P.O. Box 779800
FCI MIAMI
Miami,FL 33177

page 2.

## CERTIFICATE OF SERVICE

I Juan Bordas, certify and state a true and exact copy of MOTION BY PLAINTIFF IN REQUEST TO OBTAIN REQUESTED DOCUMENTS UNDER FOIA FROM DEFENDANTS PURSUANT TO FORMA PAUPERIS, SERVED ON BY U.S. postal mail prepaid first class service, this day 20 of May 2008.

Under penalty of perjury
28 U.S.C. § 1746:

_____
Juan Bordas.



**U. S. Department of Justice**
**Drug Enforcement Administration**
Office of Chief Counsel
Administrative Law Section

---

*www.dea.gov*

APR 2 9 2008

Mr. Juan Bordas
Reg. No. 50700-004
Federal Correctional Institution
P.O. Box 779800
Coleman, Florida 33521

Re: *Juan Bordas v. Department of Justice, Drug Enforcement Administration,*
      Case No. 08-0339 JDB

Dear Mr. Bordas:

    In conjunction with the above-captioned civil action, the Drug Enforcement Administration (DEA) conducted a litigation review of your Freedom of Information Act/Privacy Act (FOIA/PA) request dated August 10, 2006, and the file associated with DEA FOIA Request No. 06-1455-P. As a result of that review, it was noted that the issue of the fee associated with the processing of your request was not resolved and it was discovered that you had attempted to communicate your intent to pay the fee originally indicated as $168.00. However, since the portion of the DEA letter used to transmit your intent to pay was attached to your incorrectly addressed and undated appeal to the Department of Justice, Office of Information and Privacy, it was never directly received by the DEA Freedom of Information Operations Unit. Before proceeding further in this matter, the fee issue must be resolved.

    In your letters to DEA, you requested "all records and/or data contained in the files of [DEA] . . . " that are related to you. A query of the Narcotics and Dangerous Drug Information System (NADDIS) indicates that you are mentioned in six (6) investigative case files. For each investigative case file number, DEA maintains a field file and, available at DEA Headquarters, are electronic versions or duplicates of reports associated with a case file number. On average, the time to search for records or information available at DEA Headquarters for each file reference is approximately two (2) hours and four (4) hours to search each field file, at the rate of $28.00 per hour. Thus, if you wish to have all the field files searched and a search of DEA Headquarters for each file reference, the estimated fee to conduct the search is $896.00.

    Some confusion may exist based upon the DEA Freedom of Information Operations Unit letter of June 13, 2007, that informed you that the estimated fee was $168.00. The fee was calculated solely on the basis of a search for information available at DEA Headquarters associated with three (3) investigative case files and consideration was given to the limitations on charging fees contained at 28 C.F.R. § 16.11(d)(3). The limitation imposed by 28 C.F.R. § 16.11(d)(3) is that "[e]xcept for requesters seeking records for a commercial use, components

Juan B. Bordas  
April 29, 2008  
Page 2

will provide without charge: (i) [t]he first 100 pages of duplication (or the cost equivalent); and (ii) [t]he first two hours of search (or the cost equivalent)."

DEA previously searched for information maintained at Headquarters for two (2) file reference numbers. The currently cited $896.00 fee is based upon an estimate to search six (6) field files and to search DEA Headquarters for information related to four (4) file references. Consideration was given to the two (2) hours of search without charge. That time was consumed during the search previously conducted that resulted in the identification of 40 pages of responsive information of which 17 pages were released. No further searches can be conducted without charge.

Given the discrepancy in the amount of the original estimated fee, however, you are afforded the opportunity to reformulate your request and, thereby, reduce the actual fee. The amount of the fee may be reduced in several ways. You may elect to have only DEA Headquarters systems or the field files searched, and/or specifying a period of time in which investigative case files were established or reports created. With regard to proving an index of the investigative case files, the files are as follows:

(1). GB-95-0005    (3). GB-99-0020    (5). GQ-86-0002
(2). GB-98-0109    (4). GH-79-0056    (6). G1-89-0354

Unless a search is conducted and the investigative information is identified, reviewed and summarized, no representations can be made as to the quality and quantity of the information contained in any particular case file or any particular report. Since the FOIA does not require that an agency create a record or conduct research, no further information, other than a listing of the case files in which you are mentioned and how the number is constructed can be provided.

DEA investigative case files are established by the office commencing an investigation. As it relates to the case file number, the first two characters represent the DEA office that commenced the investigation. The second two digits represent the fiscal year in which the investigation was opened. The last four digits represent the order in the fiscal year that the file was opened. Of the cases listed above, the files with the "GB" designation originated within the Orlando Division Office, the "GH" is the New Orleans Field Division, the "GQ" is the Mobile Resident Office and the "G1" is the Miami Field Division. The files were opened between 1979 and 1999.

In making a decision regarding the files you may wish to have searched, be advised that DEA does not maintain separate dossier investigative case files on individuals or entities that are of investigative interest. Files are titled according to the name of the principal suspect violator or entity known to DEA at the time the file is opened. Information collected during the course of a DEA investigation is systematically gathered and included in the investigative case file. This information relates to the case subject and may also include other individuals such as those who are suspected of engaging in criminal activity in association with the subject of the file.

Juan B. Bordas  Page 3
April 29, 2008

DEA administratively designates files as *Subject* and *Defendant*. Subject files are those in which an individual's name is used as the *File Title*. Defendant files are the investigative files in which there exists a DEA Defendant Disposition Report. The term "related file" has more than one meaning. However, for FOIA purposes, it refers to an investigative case file that is not designated as a subject or defendant file *visa vie* an individual. Of the six (6) file numbers that relate to you, you were not the subject, but there are two (2), GB-95-0005 and GH-79-0056, in which you are designated as a *Defendant*. The remaining four files are considered *Related*. As of this time, only the files and systems located at DEA Headquarters associated with GB-95-0005 and GH-79-0056 have been searched.

Since the estimated fee exceeds $250.00, the Department of Justice Rules, contained in 28 C.F.R. 16.11 (i)(2), provide that requesters without a history of payment of fees will make an advance payment. DEA records do not indicate any history of payment on your part. Therefore, before going forward with the search of the files and review of the material that may be identified as responsive, payment in full must be received.

Be advised that a search of any files or a particular file in which you may be mentioned does not guarantee that records will be released, since some, all or portions of a record may be withheld pursuant to exemptions of the FOIA. Also, under the FOIA, once a requester obligates themselves to pay fees, the amount of the fee or the balance of the fee becomes due and owing and, until the balance is paid, a release is not made. Also, if the requester does not pay once they are informed of the fee for which the work that was performed, an agency is not obligated to release responsive material or respond to any future requests received from the requester.

If you wish DEA to conduct any additional searches, please indicate in writing the file number(s), whether you wish the field file or a Headquarters search, and remit the associated fee, making the certified check or money order payable to the Treasury of the United States. Upon receipt of your payment, DEA will initiate further searches. If a response is not received within 45 days of your receipt of this letter, it will be presumed that you do not wish that DEA conduct the search of any of the additional files, and the processing and release of any responsive materials.

Sincerely,

William C. Little, Jr.
Senior Attorney
Administrative Law Section