UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN BORDAS
    Plaintiff,

V.                                                        Civil Action No. 08-00339 (JDB)

DEPARTMENT OF JUSTICE
d/b/a/ DRUG ENFORCEMENT ADMINISTRATION.

**OPPOSITION TO PLAINTIFF'S MOTION   TO OBTAIN
DOCUMENTS UNDER FOIA "PURSUANT TO FORMA PAUPERIS"**

    Defendant respectfully submits this opposition to plaintiff's motion that the Court direct the defendant to waive its Freedom of Information Act (FOIA) processing fee of $896.00.   The sole reason upon which plaintiff bases his request is plaintiff's allegation that he is indigent.

    The waiver of fees concerning a FOIA request is governed by  5 U.S.C.A. § 552 (4)(A)(iii)

> Documents shall be furnished without any charge or at a charge reduced below the fees established under clause (ii) if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

The Department of Justice regulations set forth its requirements for waiver or reduction of fees as well as factors to be considered in ruling on a fee waiver request.  *See* 28 C.F.R. § 16.11(k).  It provides in part:

> (1) Records responsive to a request will be furnished without charge or at a charge reduced below that established under paragraph (c) of this section where a component determines, based on all available information, that the requester has demonstrated that:
>
> (i) Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and

      (ii) Disclosure of the information is not primarily in the commercial interest of the requester.

*Id.* Plaintiff has failed even to allege, much less meet his burden of showing, any public interest in his request for records concerning himself. Therefore, he has failed to meet the requirements of the FOIA and the DOJ regulation. "[I]ndigence is not a justification for waiving fees." *Decato v. Executive Office for U.S. Attorneys*, 2003 WL 22433759, 1 (D.C. Cir. 2003) (*citing Ely v. United States Postal Service*, 753 F.2d 163, 165 (D.C.Cir.), cert. denied, 471 U.S. 1106 (1985)); *accord Kumar v. U.S. Dept. of Justice*, 2007 WL 537723, 3 (D.D.C.2007).

    Therefore, plaintiff's motion should be denied.

                            Respectfully submitted,

                              /s/ Jeffrey A. Taylor
                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                              /s/ Rudolph Contreras
                        RUDOLPH CONTRERAS, D.C. Bar #434122
                        Assistant United States Attorney

                              /s/ Rhonda C. Fields
                        RHONDA C. FIELDS
                        Assistant United States Attorney
                        Civil Division
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        202/514/6970

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 3rd day of June, 2008, a copy of the foregoing opposition was mailed, postage prepaid to plaintiff pro se

JUAN BORDAS
R 50700-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177


                                                                          /s/
                                                 Rhonda C. Fields
                                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN BORDAS
    Plaintiff,

V.                                        Civil Action No. 08-00339 (JDB)

DEPARTMENT OF JUSTICE
d/b/a/ DRUG ENFORCEMENT ADMINISTRATION.

**ORDER**

Upon consideration of plaintiff's motion that the Court direct the defendant to waive its Freedom of Information Act (FOIA) processing fee of $896.00, and defendant's opposition thereto, it is hereby

ORDERED that the motion is DENIED.

Date: _____
                          UNITED STATES DISTRICT COURT JUDGE