UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


JUAN BORDAS, Reg.#50700-004          )
FCI MIAMI- P.O.B. 779800             )
Miami, FL 33177,                     )
                                     )
          Claimant/ Petitioner       )
                                     )     Civil Action No. 08-0339
                v.                   )     Electronic Case Fling
DEPARTMENT OF JUSTICE                )
d/b/a DRUG ENFORCEMENT ADMINISTRATION )
FOIA/ PRIVACY                        )
                                     )
          Respondent.                )


## ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United

States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.


                         Respectfully submitted,


                         _____/s/_____
                         RHONDA C. FIELDS
                         United States Attorney's Office
                         Judiciary Center Building
                         555 4th Street, N.W. - Room E4804
                         Washington, D.C. 20530

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this  **18th**  day of June, 2008, that a copy of the

foregoing Entry of Appearance was served by First-Class mail; postage-prepaid to:

**JUAN BORDAS**
R 50700-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177


                                     _____/s/_____
                                     RHONDA FIELDS
                                     Assistant United States Attorney
                                     555 4th St., N.W. Room 4804
                                     Washington, D.C.  20530