UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN BORDAS
    Plaintiff,

V.                                                    Civil Action No. 08-00339 (JDB)

DEPARTMENT OF JUSTICE
d/b/a/ DRUG ENFORCEMENT ADMINISTRATION.

MOTION FOR LEAVE TO FILE MOTION OUT OF TIME

      Pursuant to Federal Rule of Civil Procedure 6 (b) defendant respectfully requests that the Court issue an order allowing defendant to file its dispositive motion out of time.

      On April 30, 2008, the Court issued an order granting defendant's motion to file a status report or dispositive motion by July 2, 2008, and directing that they be filed by July 2, 2008. Defendant failed to file its motion on July 2, 2008, due to an error on the part of counsel by inserting the due date in her task list as July 22, 2008.

      Aside from this error on the part of counsel, defendant has diligently attempted to file its responses in a timely manner. Defendant's answer to the complaint was due on May 5, 2008. Docket# 5. Defendant filed its answer on April 30, 2008. Docket # 8. Plaintiff's motion for a fee waiver was filed on May 22, 2008, and a response was due by June 5, 2008. Defendant filed its opposition on June 3, 2008. Counsel also attempted to make timely requests to the agency for the affidavit in support of the dispositive motion. *See e.g.* Ex 1: June 2, 2008 e-mail; June 26, 2008 e-mail. Counsel also obtained a signed affidavit on July 17, 2008, prior to what was believed to be the due date. See Ex2: July 17, 2008 e-mail and Wassom Dec. at p. 26. Defendant has not otherwise been dilatory, and the failure to file timely was due to an inadvertent mistake on the part of counsel, and not due to any disrespect for the Court.

Therefore, it is respectfully requested that the Court grant defendant leave to file its dispositive motion out of time.

Respectfully submitted,

_____/s/ Jeffrey A. Taylor_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/ Rudolph Contreras_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/ Rhonda C. Fields_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 25th day of July, 2008, a copy of the foregoing motion was mailed, postage prepaid to plaintiff pro se

JUAN BORDAS
R 50700-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 779800
MIAMI, FL 33177

                                        Rhonda C. Fields
                                        Assistant United States Attorney

**From:** Fields, Rhonda (USADC)
**Sent:** Thursday, June 26, 2008 12:38 PM
**To:** Fields, Rhonda (USADC); Little, William C. Jr. (DEA-US)
**Subject:** RE: . Juan Bordas

I figured out why I also was asking you about Bordas. We had requested an extension to July 22 to file a status report or file a sjm with the Court depending on whether he paid the additional fees. He asked for a fee waiver order from the court on the additional search documents. I filed a motion in opposition to his motion. Now we need to file a status report and/or sjm. So, I think I need the standard affidavit from you re the initial FOIA response and also stating that he has not paid the requested fee.

**From:** Fields, Rhonda (USADC)
**Sent:** Tuesday, June 03, 2008 9:11 AM
**To:** Little, William C. Jr. (DEA-US)
**Subject:** RE: . Juan Bordas

It was done by motion see attached █████████████████████ I'll need the affidavit for sjm on the 1st search and the records you turned over to him

**From:** Little, William C. Jr. (DEA-US)
**Sent:** Monday, June 02, 2008 5:35 PM
**To:** Fields, Rhonda (USADC)
**Subject:** RE: . Juan Bordas

Can you send me a copy of his fee waiver request?


-----Original Message-----
**From:** Fields, Rhonda (USADC) [mailto:Rhonda.Fields@usdoj.gov]
**Sent:** Monday, June 02, 2008 5:11 PM
**To:** Little, William C. Jr.
**Subject:** RE: . Juan Bordas

Since it is pretty clear he will not be paying the fee for the additional records, please draft and send to me an affidavit so we can file our sjm on his FOIA request.
          Thanks, Rhonda

1



| | |
|---|---|
| **From:** | Wassom, Leila I (DEA-US) |
| **Sent:** | Thursday, July 17, 2008 9:14 AM |
| **To:** | Fields, Rhonda (USADC) |
| **Subject:** | On Leave July 18th through July 22nd |

Ms. Fields,

I wanted to let you know that I will be on leave July 18th through July 22nd so I will be unable to sign the Bordas declaration on those days. It is possible that if the declaration is finalized on one of those days Mr. Little could possibly sign it. Thanks.

Leila Wassom

1



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN BORDAS
    Plaintiff,

V.                                        Civil Action No. 08-00339 (JDB)

DEPARTMENT OF JUSTICE
d/b/a/ DRUG ENFORCEMENT ADMINISTRATION.

ORDER

Upon consideration of defendant's motion for leave to file its dispositive motion out of time, and good cause being shown, it is hereby

ORDERED that the motion is GRANTED.

Date:                                     _____
                                          UNITED STATES DISTRICT COURT JUDGE