UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Juan Bordas,
Plaintiff,

Civil.Action.No.08-0339(JDB)

vs.

Dept. of Justice,
Defendant.

**MOTION BY PLAINTIFF JUAN BORDAS OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION**

Plaintiff Juan Bordas, timely file opposition to Defendant's motion file for summary judgment stated as follows:

Plaintiff sought and avers summary judgment can only be rule in favor upon which relief can be granted; (i) Defendant has conceded to the claims plaintiff have submitted for FOIA request material whereas in their possession; (ii) under FOIA plaintiff is privilege to obtain such requested materials under copies rights that has been generated by defendants that pertains to him; (iii) there is no dispute the information plaintiff has requested for from defendants exist see as defendant exhibits mark as O.; (iv) plaintiff have numerously demonstrated he is indigent and cannot afford paying $896.00 whereas defendants have used such disposition of plaintiff to delay and obstruct assisting providing the requested information; (v) defendant at no time have attempt to provide partial copies under the waiver policy of FOIA 28 C.F.R. §16.11(d)(3) which provides for no charge for the 100 pages of duplication and the first hours of search; (vi) defendant have already demonstrated and provided document in summary judgment motion they have already located the information.

RECEIVED
AUG 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

At this present time defendant claims is futile whereas plaintiff should be provided with the requested information in effort to settle these claims in the above mentioned matter.

As it reflects the bases of this claim and dispute by defendant is payment not that the information request don't exist, the grievance plaintiff submits he have exhausted all means as to proffer demonstrating unable to pay for the information that exist in assisting his liberty interest which amount to due process of law fundamentally guaranteed by the 1st Amendment to redress and access the court and 14th Amendment equal protection to justice as U.S. Constitution guarantee that U.S. Department of Justice under Clean Hands Fair Trade Act (15 U.S.C. § et seq) has to operate as to a matter of law under 28 U.S.C. § 3002(15) Corporation and instrumental of the United States.

By defendants depriving plaintiff of the requested information equates and arise to due process violation amounting to tort claims where such remedy is not need when the requested information can be provided by defendant respectfully.

WHEREFORE Plaintiff Juan Bordas sought this motion should be granted and respectfully the district court fashion a justice remedy in comport with plaintiff claims to assist defendant in providing the requested information that do exist admitted by defendant. Plaintiff Bordas invoking language and spirit as stated in by the Supreme Court in **Haines v. Kerner, 404 U.S. 519 (1971).**

Respectfully submitted

Dated: August 8,2008

Bordas

Juan Bordas,Plaintiff
Reg.#50700-004
P.O. Box 779800
FCI MIAMI
Miami,FL 33177

**CERTIFICATE OF SERVICE**

I Juan Bordas, certify a true and exact copy of the MOTION BY PLAINTIFF JUAN BORDAS OPPOSITION TO DEFENDANT"S SUMMARY JUDGEMENT MOTION, served on Defendant DEPARTMENT OF JUSTICE , U.S. ATTORNEY District of Columbia, Judiciary Center, 555 4th Street, N.W. Washington,D.C. 20001 Prepaid First Class Postal Mail Service, this day 11 of August 2008.

Certify as stated 28 U.S.C. § 1746:

Bordas

Juan Bordas



DCD_ECFNotice@dcd.uscourts.gov
07/28/2008 10:33 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:08-cv-00339-JDB BORDAS v. DEPARTMENT OF JUSTICE Fox/Neal Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2008 at 10:33 AM and filed on 7/28/2008

**Case Name:** BORDAS v. DEPARTMENT OF JUSTICE
**Case Number:** 1:08-cv-339
**Filer:**
**Document Number:** 15

**Docket Text:**
**Order advising the plaintiff to respond by August 29, 2008, to the defendant's dispositive motion or the Court will treat the motion as conceded and may enter judgment for the defendant. Signed by Judge John D. Bates on 7/29/08. (ah)**

**1:08-cv-339 Notice has been electronically mailed to:**

Rhonda C. Fields rhonda.fields@usdoj.gov

**1:08-cv-339 Notice will be delivered by other means to::**

JUAN BORDAS
R 50700-004
MIAMI
FEDERAL CORRECTIONAL INSTITUTION